1  Douglas S. Baek (SBN: 258321)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  Tel: (323) 988-2400 ext. 244
   Fax: (866) 829-5083
4  dbaek@consumerlawcenter.com
   Attorney for plaintiff
5  SYLVIA FISK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| SYLVIA FISK, | ) | Case No.: 2:12-cv-02074-KJM-KJN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **VOLUNTARY DISMISSAL** |
| CREDIT FIRST NATIONAL ASSOCIATION, | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

SYLVIA FISK (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, CREDIT FIRST NATIONAL ASSOCIATION (Defendant), in this case.

DATED: August 22, 2012        RESPECTFULLY SUBMITTED,

                              KROHN & MOSS, LTD.

                              By:  /s/ Douglas Baek

                              Douglas Baek (SBN: 258321)
                              Krohn & Moss, Ltd.
                              10474 Santa Monica Blvd., Suite 401
                              Los Angeles, CA 90025
                              Tel: 323-988-2400 x244
                              Fax: 866-829-5083
                              dbaek@consumerlawcenter.com
                              Attorney for plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to defendant at the below address:

Nicholas P. Vagliante
Cohn Birnbaum & Shea P.C.
100 Pearl Street
12th Floor
Hartford CT 06103

By:  /s/ Douglas Baek

Douglas Baek (SBN: 258321)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x244
Fax: 866-829-5083
dbaek@consumerlawcenter.com
Attorneys for Plaintiff